

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 17, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS BARTON | CIVIL ACTION |
| VERSUS | NUMBER: 00-293 |
| GLOBAL MARINE DRILLING COMPANY | SECTION: "J"(5) |

A settlement conference in the above matter is hereby **SCHEDULED** for November 15, 2000 at 4:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE



