

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 15, 2000

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVIS BARTON | CIVIL ACTION |
| VERSUS | NUMBER: 00-293 |
| GLOBAL MARINE DRILLING | SECTION: "J"(5) |

    A settlement conference was conducted in the above matter this date.

    PRESENT:  Ben Saunders
                  Robert Johnston
                  Delos E. Flint

    There will be a further settlement conference herein on January 22, 2001 at 2:00 p.m. before the undersigned.

DATE OF ENTRY
NOV 27 2000

                          ALMA L. CHASEZ
                  UNITED STATES MAGISTRATE JUDGE

___Fee_____
___Process___
_X_ Dktd___
___CtRmDep_
    Doc.No.___