

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVIS D. BARTON<br>Plaintiff | * | CIVIL ACTION |
| | * | NO. 00-0293 |
| VERSUS | | |
| | * | SECTION "J" |
| GLOBAL MARINE DRILLING COMPANY | | JUDGE BARBIER |
| Defendant | * | MAGISTRATE: 5<br>CHASEZ |

* * * * * * * * * * * * * * *

### EXPARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

Now Into Court, through undersigned counsel comes defendant, Global Marine Drilling Company, which pursuant to LR83.2.11 suggests to the Court that Global Marine Drilling Company wishes to substitute Daniel Lichtl of the firm of Rice, Fowler, Rodriguez, Kingsmill & Flint, L.L.P., as associate counsel in place of Maury C. Hebert in this matter. Defendant further suggests that Delos E. Flint, Jr. shall remain trial attorney that the client has been notified of all court ordered deadlines.

DATE OF ENTRY
NOV 2 8 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. _____

RESPECTFULLY SUBMITTED:

_____
DELOS E. FLINT, JR. (5616) TA
ROBERT R. JOHNSTON (22442)
RICE, FOWLER, RODRIGUEZ,
 KINGSMILL & FLINT, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorney for Global Marine Drilling Company

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 22 day of November 2000, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON**<br>**Plaintiff** | * | **CIVIL ACTION** |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"**<br>**JUDGE BARBIER** |
| **GLOBAL MARINE DRILLING COMPANY**<br>**Defendant** | * | **MAGISTRATE: 5** |
| * * * * * * * * * * * * * * | * | **CHASEZ** |

## ORDER

IT IS HEREBY ORDERED that Daniel Lichtl (#26385) be and is hereby substituted for Maury C. Hebert (#25413) as associate counsel of record for defendant Global Marine Drilling Company in the above-entitled and numbered cause, all attorneys named herein being associated with the firm Rice, Fowler, Rodriguez, Kingsmill & Flint, L.L.P.

IT IS FURTHER ORDERED that the Clerk of this District is hereby instructed and directed to substitute the name Daniel Lichtl (#26385) for Maury Hebert (#25413) and further, that Delos E. Flint, Jr. shall remain trial attorney.

New Orleans, Louisiana, this 21 day of NOVEMBER, 2000.

_____
JUDGE