

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -1 PM 4: 22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON** | * | **CIVIL ACTION** |
| Plaintiff | | |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"** |
| **GLOBAL MARINE DRILLING COMPANY** | | **JUDGE BARBIER** |
| | | |
| Defendant | * | **MAGISTRATE: 5** |
| | | **CHASEZ** |

* * * * * * * * * * * * * * *

### JOINT MOTION TO EXTEND DEADLINE

NOW INTO COURT, through undersigned counsel come plaintiff, Travis Barton, and defendant, Global Marine Drilling Company, who jointly move this Honorable Court that the deadline for discovery and trial depositions presently scheduled for January 2, 2001, be extended up to and through January 26, 2001 for the reasons more fully shown in the attached Memorandum in Support.

DATE OF ENTRY
DEC 8 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____

RESPECTFULLY SUBMITTED:

_____
DELOS E. FLINT, JR. (#5616) TA
ROBERT R. JOHNSTON (#22442)
DANIEL LICHTL (#26385)
RICE, FOWLER, RODRIGUEZ,
 KINGSMILL & FLINT, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorney for ~~Global~~ Marine Drilling Company

_____
BENJAMIN SAUNDERS (#11733)
DAVIS & SAUNDERS, PLC
3113 Sixteenth Street
Post Office Box 8801
Metairie, LA 70011-8801
Phone: 837-9525
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have on the 1st day of ~~November~~ December 2000, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON**<br>    **Plaintiff** | * | **CIVIL ACTION** |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"**<br>**JUDGE BARBIER** |
| **GLOBAL MARINE DRILLING COMPANY**<br>    **Defendant** | * | **MAGISTRATE: 5** |
| * * * * * * * * * * * * * * | * | **CHASEZ** |

## ORDER

Considering the foregoing Joint Motion of the plaintiff and defendant to extend the deadline for discovery;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion of Travis Barton and Global Marine Drilling Company to extend the deadline for discovery is hereby granted and that the deadline for discovery is hereby extended until the 26th day of January, 2001;

*EXTENSION NOT TO AFFECT THE TRIAL DATE.*

New Orleans, Louisiana, this 7th day of DECEMBER, 2000.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON**<br>    **Plaintiff** | * | **CIVIL ACTION** |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"**<br>**JUDGE BARBIER** |
| **GLOBAL MARINE DRILLING COMPANY**<br>    **Defendant** | * | **MAGISTRATE: 5** |
| * * * * * * * * * * * * * * * | | **CHASEZ** |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINE

MAY IT PLEASE THE COURT:

Plaintiff, Travis Barton, and defendant, Global Marine Drilling Company (hereinafter "Global Marine"), hereby move this Honorable Court to extend the deadline for discovery and trial depositions, which is presently set for January 2, 2001. Plaintiff and defendant have been engaged in discovery preparing this case for trial, however, due to the holiday season many of the plaintiff's treating physicians and fact witnesses are unavailable until late January, 2001. As a result, the parties are unable to conclude discovery before the court-imposed deadline.

WHEREFORE, plaintiff, Travis Barton, and defendant, Global Marine Drilling Company, respectfully move that the deadline for discovery be extended up to and through January 26, 2001.

RESPECTFULLY SUBMITTED:

_____
DELOS E. FLINT, JR. (#5616) TA
ROBERT R. JOHNSTON (#22442)
DANIEL LICHTL (#26385)
RICE, FOWLER, RODRIGUEZ,
 KINGSMILL & FLINT, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorney for Global Marine Drilling Company

_____
BENJAMIN SAUNDERS (#11733)
DAVIS & SAUNDERS, PLC
3113 Sixteenth Street
Post Office Box 8801
Metairie, LA 70011-8801
Phone: 837-9525
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have on the 1st day of December [November struck through] 2000, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

_____