FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 22 PM 2: 17

LORETTA G. WHYTE
CLERK



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON**  Plaintiff | * | **CIVIL ACTION** |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"** |
| **GLOBAL MARINE DRILLING COMPANY**  Defendant | | **JUDGE BARBIER** |
| | * | **MAGISTRATE: 5 (CHASEZ)** |

\* \* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING
### OR IN THE ALTERNATIVE, MOTION TO SET HEARING
### ON MOTION FOR SUMMARY JUDGMENT ON JANUARY 17, 2001

NOW INTO COURT, through undersigned counsel, comes defendant, Global Marine Drilling Company, and upon suggesting to the Court that trial in this matter is scheduled for February 12, 2001; and upon further suggesting to the Court that the pretrial conference is scheduled for February 1, 2001; and upon further suggesting to the Court that the next motion date is January 17, 2001, in light of the fact that defendant will prejudiced if the Court fails to hear this Motion prior to trial, counsel for defendant moves this Honorable Court for an expedited hearing on the attached Motion for Summary Judgment and requests that it be heard at least thirty (30) days before trial pursuant to the Court's Scheduling Order, or in the alternative, on January 17, 2001.

DATE OF ENTRY
JAN - 2 2001

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
Doc.No.___

          Respectfully submitted,

          _____
          DELOS E. FLINT, JR., T.A. (#5616)
          ROBERT R. JOHNSTON (#22442)
          DANIEL LICHTL (#26385)
          FOWLER, RODRIGUEZ, KINGSMILL,
           FLINT & GRAY, L.L.P.
          201 St. Charles Avenue, 36th Floor
          New Orleans, Louisiana 70170
          Telephone: (504) 523-2600
          Attorneys for Defendant,
          Global Marine Drilling Company

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon counsel for all parties by depositing a copy of same via hand delivery on this 22 day of December, 2000.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVIS D. BARTON<br>Plaintiff | * | CIVIL ACTION |
| | * | NO. 00-0293 |
| VERSUS | | |
| | * | SECTION "J" |
| GLOBAL MARINE DRILLING COMPANY<br>Defendant | * | JUDGE BARBIER |
| | * | MAGISTRATE: 5 (CHASEZ) |

* * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing:

IT IS ORDERED, ADJUDGED AND DECREED, that in consideration of the foregoing, the Motion for Summary Judgment will be heard at 9:30 a.m., on January 17, 2001, on briefs.

New Orleans, Louisiana, this 27th day of December, 2000.

_____
JUDGE