FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 22  AM 4:26

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON** | * | CIVIL ACTION |
| Plaintiff | | |
| | * | NO. 00-0293 |
| **VERSUS** | | |
| | * | SECTION "J" |
| **GLOBAL MARINE DRILLING COMPANY** | | JUDGE BARBIER |
| Defendant | * | MAGISTRATE: 5 (CHASEZ) |

\* \* \* \* \* \* \* \*

### AMENDED MAY CALL WITNESS LIST

NOW INTO COURT, through undersigned counsel comes Global Marine Drilling Company which amends its list of witnesses as follows:

38.  Change the identification of D. Moore to Cory Moore

39   Change the identification of J. Hargroder to John Hargroder

Respectfully submitted,

DELOS E. FLINT, JR., T.A. (#5616)
ROBERT R. JOHNSTON (#22442)
DANIEL LICHTL (#26385)
FOWLER RODRIGUEZ
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorneys for Defendant,
Global Marine Drilling Company

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20 day of January, 20 01 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed, and first class postage prepaid.

Fee ___
Process ___
X  Dktd ___
___ CtRmDep
Doc.No. 25