FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 19 PM 4: 18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON**<br>    **Plaintiff** | * | CIVIL ACTION NO. 00-0293 |
| | * | JUDGE CARL J. BARBIER |
| **VERSUS** | | SECTION "J" |
| | * | |
| **GLOBAL MARINE DRILLING COMPANY** | | MAG. ALMA J. CHASEZ |
|     **Defendant** | * | MAGISTRATE: 5 |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Global Marine Drilling Company ("Global Marine"), and respectfully moves this Honorable Court to enter an Order granting Global Marine leave of Court to file its Supplemental Witness and Exhibit List in the above referenced matter.

DATE OF ENTRY
JAN 3 0 2001

Respectfully submitted,

_____
DELOS E. FLINT, JR., T.A. (#5616)
ROBERT R. JOHNSTON (#22442)
DANIEL LICHTL (#26385)
FOWLER, RODRIGUEZ, KINGSMILL,
  FLINT & GRAY, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorneys for Defendant,
Global Marine Drilling Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided to counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first-class postage prepaid on this 19 day of January, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON**<br>    **Plaintiff** | * | **CIVIL ACTION NO. 00-0293** |
| | * | **JUDGE CARL J. BARBIER** |
| **VERSUS** | | **SECTION "J"** |
| | * | |
| **GLOBAL MARINE DRILLING COMPANY** | | **MAG. ALMA J. CHASEZ** |
|     **Defendant** | * | **MAGISTRATE: 5** |

\*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the foregoing motion;

IT IS ORDERED that defendant, Global Marine Drilling Company, is hereby granted leave of Court to file the attached Supplemental Witness and Exhibit List in the above reference matter.

New Orleans, Louisiana, this 29 day of January, 2001.

_____
U.S. DISTRICT JUDGE

[Stamped: *Denied as Moot*]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON** | * | **CIVIL ACTION** |
| **Plaintiff** | | |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"** |
| **GLOBAL MARINE DRILLING COMPANY** | | **JUDGE BARBIER** |
| **Defendant** | * | **MAGISTRATE: 5 (CHASEZ)** |

* * * * * * * *

## SUPPLEMENTAL MAY CALL WITNESS AND EXHIBIT LIST SUBMITTED BY DEFENDANT, GLOBAL MARINE DRILLING COMPANY

NOW INTO COURT, through undersigned counsel comes Global Marine Drilling Company, which provides the following may call list of witnesses and exhibits:

Global Marine Drilling Company May call the following witnesses at the trial in this matter in addition to the witnesses identified in Global Marine Drilling Company's original Witness and Exhibit List:

1.  Representatives from places of previous employment, including but not limited to:

    a)   E & G Logging Co., Inc.
    b)   Trinity Logging Company
    c)   Louisiana Pride Catfish, Inc.
    d)   Land Resources, Inc.

2.  A representative of Harper Morgan Auger Rodeo Co.

3. A representative of Southern Rodeos

4. A representative of Tri-State Rodeos

5. A representative of Louisiana Rodeo Cowboys Association

Global Marine reserves the right to supplement and/or amend this preliminary list of may call witnesses as discovery progresses.

## EXHIBITS

Global Marine may use the following as exhibits at the trial of this matter in addition to the exhibits identified in Global Marine's original Witness and Exhibit List:

1. Medical records from health care providers, including but not limited to:

    a) Jeffrey E. Carlisle/Jennifer Palmer & Company
    b) Monroe MRI Center
    c) Frank Elias, MD
    d) Joel Eldridge, DO
    e) National Loss Control

2. Records from previous employers/potential employers, including but not limited to:

    a) E & G Logging Co., Inc.
    b) Trinity Logging Company
    c) Louisiana Pride Catfish, Inc.
    d) Land Resource, Inc.

Global Marine reserves the right to supplement and/or amend this supplemental list of exhibits.

Respectfully submitted,

_____
DELOS E. FLINT, JR., T.A. (#5616)
ROBERT R. JOHNSTON (#22442)
DANIEL LICHTL (#26385)
FOWLER, RODRIGUEZ, KINGSMILL,
   FLINT & GRAY, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorneys for Defendant,
Global Marine Drilling Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been provided to counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first-class postage prepaid on this _19_ day of January, 2001.

_____

-3-