

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 23 PM 3:00
FEB 2 3 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON** | * | **CIVIL ACTION** |
| Plaintiff | | |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"** |
| **GLOBAL MARINE DRILLING COMPANY** | | |
| Defendant | * | **MAGISTRATE: 5** |

* * * * * * * * * * * * * *

### JOINT MOTION AND ORDER OF DISMISSAL
### WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Travis D. Barton, and upon suggesting to the Court that an agreement to compromise this matter has been realized and that the plaintiff's claims against the defendant, Global Marine Drilling Company, should be dismissed with prejudice, each party to bear its own costs; plaintiff moves accordingly.

DATE OF ENTRY
MAR - 5 2001

Fee____
Process____
X  Dktd____
___ CtRmDep____
Doc.No.____

Respectfully submitted,

_Nicholas B. Castrogiovanni #26235_
BENJAMIN B. SAUNDERS (#11733)
DAVIS AND SAUNDERS, P.L.C.
3113 Sixteenth Street
Post Office Box 8801
Metairie, Louisiana 70011
Telephone: 504-837-9525
Attorney for Plaintiff, Travis D. Barton


_Delos E. Flint_
DELOS E. FLINT, JR., T.A.(#5616)
GEORGE J. FOWLER, III(#5798)
ROBERT R. JOHNSTON (#22442)
FOWLER, RODRIGUEZ, KINGSMILL,
  FLINT & GRAY, L.L.P.
201 St. Charles Avenue, 36th Floor
New Orleans, Louisiana 70170
Telephone: (504) 523-2600
Attorneys for Defendant,
Global Marine Drilling Company

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23 day of February, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by the United States mail, properly addressed, and first class postage prepaid.

_D. E. Flint_

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS D. BARTON** | * | **CIVIL ACTION** |
| Plaintiff | | |
| | * | **NO. 00-0293** |
| **VERSUS** | | |
| | * | **SECTION "J"** |
| **GLOBAL MARINE DRILLING COMPANY** | | |
| Defendant | * | **MAGISTRATE: 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Travis D. Barton's claim against defendant, Global Marine Drilling Company shall be and is hereby dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 2ND day of ~~February,~~ March 2001.

_____
UNITED STATES DISTRICT JUDGE